## HUNDING DAIRY COMPANY ET AL. v. PIPER.

[No. 12,374.   Filed November 17, 1925.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Hunding Dairy Company and others and Mrs. Roy Piper.   From the award rendered, the former appeals.   *Affirmed.*   By the court in banc.

*White, Wright & McKay* and *William Greene,* for appellants. *Charles S. Lundin,* for appellee.

PER CURIAM.—Award affirmed.

## HEGE AND COMPANY v. TREMAIN.

[No. 12,490.   Filed November 17, 1925.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between Hege and Company and Bert Tremain.   From the award rendered, the former appeals.   *Affirmed.*   By the court in banc.

*A. C. Caldwell* and *Turner, Adams, Merrell & Locke,* for appellant.
*Tremain & Turner,* for appellee.

PER CURIAM.—Award affirmed.

## UNION TRUST AND SAVINGS COMPANY v. HARBAUGH ET AL.

[No. 12,385.   Filed November 17, 1925.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between the Union Savings and Trust Company and Margaret Harbaugh and another.   From the award rendered, the former appeals. *Reversed.*   By the court in banc.

*William H. Eichhorn, Frank W. Gordon* and *John H. Edris,* for appellant.
*George Mock,* for appellees.

REMY, C. J.—Reversed, on authority of *Bailey* v. *Humrickhouse* (1925), *ante* 497, 148 N. E. 428.